UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                      :
HILLCOUR, INC. et al,                                 :
                                                      :
                              Plaintiffs,             :          26-CV-1468 (JMF)
                                                      :
              and                                     :
                                                      :          ORDER
                                                      :
APPLE ADVANCE LLC et al,                              :
                                                      :
                              Defendants.             :
                                                      :
-------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

        On March 18, 2026, Defendant Timeless Funding LLC filed a motion to stay this action
and to compel arbitration.  Any opposition to this motion shall be filed no later than **March 27,
2026.**  Defendant's reply, if any, shall be filed no later than **April 1, 2026.**  Additionally, in light
of this motion, Defendant's answer deadline, *see* ECF No. 10, is hereby extended to two weeks
following the resolution of this motion (in the event the motion is denied).

        Plaintiffs are directed to serve a copy of this Order on any parties that have not yet
entered a notice of appearance and to file proof of service on ECF within three business days of
the date of this Order.

        SO ORDERED.

Dated:  March 20, 2026
        New York, New York                          _____
                                                    JESSE M. FURMAN
                                                    United States District Judge