UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                               :

HILLCOUR, INC. et al,                         :

                       :

                Plaintiffs,        :                  26-CV-1468 (JMF)

                       :

         -v-                   :                    __ORDER__

                       :

APPLE ADVANCE LLC et al,              :

                       :

                Defendants.      :

                       :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 21, 2026, Defendant Dynasty Capital 26 LLC ("Dynasty") filed a motion to dismiss the Complaint under Rule 12(b) of the Federal Rules of Civil Procedure. *See* ECF No. 25. Separately, on the same date, Defendant Overtime Capital Inc. ("Overtime") filed a motion to compel arbitration and stay this case. *See* ECF No. 29.

       **With respect to Overtime's motion to compel arbitration and stay this case:** Plaintiffs shall file any opposition by **April 29, 2026**. (Needless to say, the opposition should address the import of this Court's Memorandum Opinion and Order entered yesterday granting the motion of Defendant Timeless Funding, LLC to compel arbitration and stay this case. That is, the opposition should address whether and how Overtime's motion can be distinguished from Timeless Funding's motion.) Any reply shall be filed by **May 4, 2026**. Additionally, in light of the motion, Overtime's answer deadline, *see* ECF No. 20, is hereby extended to two weeks following the resolution of its motion (in the event the motion is denied).

       **With respect to Dynasty's motion to dismiss:** Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **May 12, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by Dynasty's motion to dismiss.

       If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Dynasty shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Dynasty files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Dynasty files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiffs shall file any opposition to the motion to dismiss by **May 12, 2026**.  Dynasty's reply, if any, shall be filed by **May 19, 2026.**

Finally, in light of these motions, it is further ORDERED that the initial pretrial conference previously scheduled for May 28, 2026 is adjourned *sine die*.

Plaintiffs are directed to serve a copy of this Order on any parties that have not yet entered a notice of appearance and to file proof of service on ECF within three business days of the date of this Order.

SO ORDERED.

Dated: April 22, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2