UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

HILLCOUR, INC. et al.,                    :

                   Plaintiff,       :

                                    :        26-CV-1468 (JMF)

        -v-                   :

                                    :          ORDER

APPLE ADVANCE LLC et al.,         :

                                  :

               Defendants.     :

                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On April 21, 2026, Defendant Overtime Capital Inc. ("Overtime") filed a motion to compel arbitration pursuant to an agreement with Plaintiffs and to stay this proceeding pending the arbitration. *See* ECF No. 29. Thereafter, the Court ordered that Plaintiffs file any opposition to Overtime's motion no later than April 29, 2026. ECF No. 32. Plaintiffs did not file any opposition by that date and have not done so since.

     Accordingly, Overtime's motion is hereby GRANTED as unopposed. To be clear, however, the stay pending resolution of arbitration applies **only** as to the claims against Overtime. *See, e.g.*, ECF No. 31, at 3 (granting a similar stay pending arbitration as to the claims against Defendant Timeless Funding, LLC).

     The Clerk of Court is directed to terminate ECF No. 29.

     SO ORDERED.

Dated: May 1, 2026
      New York, New York

                                 JESSE M. FURMAN
                            United States District Judge