UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
HILLCOUR, INC. et al.,                                                   :
:
                                    Plaintiffs,                         :
:                    26-CV-1468 (JMF)
           -v-                                                          :
:                    ORDER
APPLE ADVANCE LLC et al.,                                               :
:
                                    Defendants.                        :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On April 21, 2026, Defendant Dynasty Capital 26 LLC ("Dynasty") filed a motion to dismiss this action as it pertains to Dynasty, arguing, among other things, that dismissal is appropriate on *forum non conveniens* grounds at least with respect to any claims asserted by Plaintiffs Hillcour, Inc. and Damien Lamendola.  *See* ECF No. 27, at 6-7.  Thereafter, on May 21, 2026, Plaintiffs filed a letter conceding that, consistent with Dynasty's argument, "the case, as it relates to any claims against Dynasty should be dismissed without prejudice so that Plaintiffs can seek relief in the state courts in Connecticut."  ECF No. 35, ¶ 4.

        In light of this concession, Dynasty's motion to dismiss is GRANTED to the extent it seeks to dismiss the case on *forum non conveniens* grounds.  Accordingly, Plaintiffs' claims as to Dynasty are hereby DISMISSED without prejudice.

        Plaintiff is ordered to serve a copy of this Order on any Defendants that have not yet appeared and to file proof of such service on ECF.

        The Clerk of Court is directed to terminate ECF No. 25 and to terminate Dynasty Capital 26 LLC as a Defendant.

        SO ORDERED.

Dated: May 26, 2026
        New York, New York                          _____
                                                    JESSE M. FURMAN
                                                    United States District Judge