UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

HILLCOUR, INC. et al.,

Plaintiffs,

-v-

APPLE ADVANCE LLC et al.,

Defendants.

---------------------------------------------------------------------- X

26-CV-1468 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's February 25, 2026 and May 26, 2026 Orders, ECF Nos. 6, 37, the parties were required to file a proposed Case Management Plan ("CMP") and joint letter, the contents of which are described therein, **no later than the Thursday prior to the upcoming conference — that is, no later than yesterday, July 9, 2026.** To date, the parties have not filed either of these documents. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 13, 2026**. Failure to file these documents by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: July 10, 2026
New York, New York

JESSE M. FURMAN
United States District Judge